# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Heath, Janice Kay | Docket No. | 2:17CR00133-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Janice Kay Heath, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 3rd day of August 2017, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant tested positive for the presence of amphetamine and methamphetamine on October 6, 2017.

**Violation #2:** The defendant tested positive for the presence of amphetamine and methamphetamine on October 18, 2017.

**Violation #3:** The defendant admitted to ingesting methamphetamine on November 25, 2017.

PRAYING THAT THE COURT WILL MODIFY CONDITIONS OF PRETRIAL RELEASE SUPERVISION

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 11/28/2017

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

PS-8
Re: Heath, Janice Kay
November 28, 2017
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other  Defendant's conditions of pretrial release
      are modified to include mental health counseling,
      per the 11-27-17 modification signed by Defendant
      and her counsel.

_____
Signature of Judicial Officer

    November 28, 2017
_____
Date

PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **Janice Kay Heath** ) | Case No.: 2:17CR00133-TOR-2 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Janice Kay Heath, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant shall participate in a mental health evaluation and attend any recommended treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_Janice K. Heath_  11-27-17    _Erik Carlson_    11-27-17
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

Janice Kay Heath                        Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                 11/27/17
Signature of Defense Counsel         Date

Amy Rubin

[X]  The above modification of conditions of release is ordered, to be effective on  11/28/2017

[ ]  The above modification of conditions of release is not ordered.

_[signature]_                 November 28, 2017
Signature of Judicial Officer         Date