PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2018

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Heath, Janice Kay | Docket No. | 0980 2:17CR00133-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Janice Kay Heath, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 3rd day of August 2017, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant tested positive for the presence of amphetamine and methamphetamine on December 5, 2017.

**Violation #2:** The defendant tested positive for the presence of amphetamine and methamphetamine on December 27, 2017.

**Violation #3:** The defendant admitted to ingesting methamphetamine January 4 and 21, 2018.

**Violation #4:** The defendant admitted to ingesting methamphetamine on January 26, 2018.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: January 30, 2018 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

PS-8
**Re: Heath, Janice Kay**
**January 30, 2018**
**Page 2**

_____
Signature of Judicial Officer

_____January 30, 2018_____
Date