# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Heath, Janice Kay | Docket No. | 2:17CR00133-TOR-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Janice Kay Heath, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 3rd day of August 2017, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition # 27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #5:** The defendant admitted to ingesting methamphetamine on January 31, 2018.

**Violation #6:** The defendant admitted to ingesting methamphetamine on February 4, 2018.

**Violation #7:** The defendant admitted to ingesting methamphetamine on February 7 and 11, 2018.

**Violation #8:** The defendant failed to report for random drug testing on February 12, 2018.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS
PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   02/16/2018

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[  ]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

_____February 16, 2018_____
Date