UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>JANICE HEATH,<br><br>                  Defendant. | NO: 2:17-CR-0133-TOR-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release. ECF No. 158. The motion was submitted for consideration without oral argument on an expedited basis. Having reviewed the file and the records therein, the Court is fully informed.

On May 8, 2018, Defendant appeared before the Court and entered a guilty plea to one drug offense. She is currently scheduled to be sentenced on August 1, 2018. Since Defendant's successful release from outpatient treatment on April 27, 2018, she has been released on certain terms and conditions and residing with her son and daughter-in-law. Release condition number two directs the Defendant to

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

"immediately advise the court, defense counsel and the U.S. Attorney before any change in address…". In addition, Special Condition No. 31 specifically precluded Defendant "from returning to the home where she resided at the time of her arrest…". *See* ECF Nos. 143, 144. Defendant now requests to be moved from her son and daughter-in-law's residence back to her residence until her sentencing hearing. In support of her request Defendant states that she has been participating in out-patient treatment and has been clean and sober for over 90 days. Neither the government nor the United States Probation Office objects to the request. For good cause shown, the motion is granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defendant's Motion to Modify Conditions of Release (ECF No. 158) is **GRANTED**.

2. Defendant is permitted to move from her son and daughter-in-law's residence to her residence (the address provided to the United States Probation Office).

3. All other terms and conditions of Defendant's pre-trial supervision remain in effect.

4. Defendant's sentencing hearing scheduled for August 1, 2018, in Spokane, Washington, remains set.

//

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2

1    The District Court Executive is hereby directed to enter this Order and

2    furnish copies to counsel and the United States Probation Office.

3    **DATED** June 13, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 3